UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                                          Chapter 11

EAST 44TH REALTY, LLC,                                              Case No. 05-16167

                               Debtor.
------------------------------------------------------------x

## NOTICE OF APPEAL

       Josef Bildirici appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the August 9, 2007 order of the United States Bankruptcy Court approving Global Stipulation and Mutual Releases Between and Among David R. Kittay, Chapter 11 Trustee for the Debtor, New York Community Bank and East Forty-Fourth Street, L.L.C.

       The names of all the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Debtor/Appellant**
        Josef Bilidirici
        Represented by:
        Backenroth, Frankel & Krinsky, LLP
        489 Fifth Avenue
        New York, New York 10017
        Tel: (212) 593-1100

**Appellee**

    David R. Kittay, Chapter 11 Trustee for the Debtor
    Represented by:
    Kittay & Gershfeld, P.C.
    100 White Plains Road
    Tarrytown, New York  10591
    (914) 332-8000

**Other Parties**

    New York Community Bank
    Represented by:
    Kramer Levin Naftalis & Frankel LLP
    1177 Avenue of the Americas
    New York, New York 10036-2714
    (212) 715-9377

    East Forty-Fourth Street, L.L.C.
    Represented by:
    Tofel & Partners, LLP
    800 Third Avenue
    New York, New York 10022
    (212) 752-0007

Dated: New York, New York
       August 20, 2007

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for Debtor/Appellant

                By:    <u>s/Mark A. Frankel (MF-8417)</u>
                        489 Fifth Avenue
                        New York, New York 10017
                        Tel: (212) 593-1100