UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EAST 44TH REALTY, LLC, | : | Case No. 05-16167 (RDD) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------X

| | : | |
|---|---|---|
| JOSEPH BILDIRICI, | : | Case No.: 07 CV 8799 (CM)(THK) |
| | : | |
| Plaintiff-Appellant, | : | |
| | : | |
| -against- | : | |
| | : | |
| DAVID R. KITTAY, as CHAPTER 11 | : | |
| TRUSTEE FOR EAST 44TH REALTY, LLC, | : | |
| | : | |
| Defendant-Appellee. | : | |

--------------------------------------------------------X

## CERTIFICATE OF SERVICE

Stephanie S. Pender hereby certifies that on November 13, 2007 true and correct copies of the *Brief of David R. Kittay, Chapter 11 Trustee for the Estate of East 44th Realty, LLC, in Opposition to Appellant's Appeal* were served by facsimile and by first class mail by depositing such in an official depository under the exclusive care and custody of the United States Postal Service addressed to the following:

Mark A. Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017
Fax: (212)644-0544

                                                                                                              /s/ Stephanie S. Pender
                                                                                                               Stephanie S. Pender

Sworn to me before this
13th day of November, 2007

/s/ Michelle G. Gershfeld
Notary Public
MICHELLE G. GERSHFELD
Notary Public, State of New York
No. 31-4962406
Qualified in Westchester County
Commission Expires February 12, 2010