UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re EAST 44TH REALTY, LLC,
                Debtor.
------------------------------------------------------------X
JOSEF BILDIRICI,

                Appellant,                07 CIVIL 8799 (CM)

    -against-                       **JUDGMENT**

DAVID R. KITTAY, as CHAPTER 11 TRUSTEE
FOR EAST 44TH REALTY, LLC,
                Appellee.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

       Appellant having appealed from a Decision and Order of the United States Bankruptcy Court for the Southern District of New York (Drain, J.), and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on January 23, 2008, having rendered its Decision and Order affirming the order of the bankruptcy court, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 23, 2008, the order of the bankruptcy court is hereby affirmed.

**Dated:** New York, New York
          January 24, 2008

                                        **J. MICHAEL McMAHON**
                                        **Clerk of Court**
                      BY:
                                        **Deputy Clerk**

                                        THIS DOCUMENT WAS ENTERED
                                        ON THE DOCKET ON _____